# IN THE COURT OF APPEALS OF TENNESSEE
## MIDDLE SECTION AT NASHVILLE

**FILED**

**November 19, 1997**

**Cecil W. Crowson**
**Appellate Court Clerk**

GARY W. PHELPS,                    )
                                   )
    Plaintiff/Appellant,           )
                                   )    Davidson Chancery
                                   )    No. 95-1892-III
VS.                                )
                                   )    Appeal No.
                                   )    01A01-9603-CH-00103
                                   )
TENNESSEE BOARD OF PAROLES,        )
ET AL.,                            )
                                   )
    Defendants/Appellees.          )


# O R D E R


The Tennessee Board of Paroles has filed a petition for rehearing pointing out that this court's October 22, 1997 opinion relies upon outdated regulations. We have determined that the motion is well-taken.

It is, therefore, ordered that this court's opinion filed on October 22, 1997 be and is hereby withdrawn and replaced with the opinion filed contemporaneously with this order.

ENTER, this _____ day of November, 1997.


_____
HENRY F. TODD, PRESIDING JUDGE
MIDDLE SECTION


_____
SAMUEL L. LEWIS, JUDGE


_____
WILLIAM C. KOCH, JR., JUDGE